(137 So. 924)

### Jay PHILLIPS v. STATE.
2 Div. 468.

Court of Appeals of Alabama.
Nov. 3, 1931.

RICE, J.
Appeal dismissed.

(135 So. 925)

### Tom PHILLIPS v. STATE.
7 Div. 775.

Court of Appeals of Alabama.
June 9, 1931.

RICE, J.
Appeal dismissed.

(132 So. 923)

### Walter PICKENS v. STATE.
2 Div. 458.

Court of Appeals of Alabama.
March 24, 1931.

RICE, J.
Appeal dismissed.

(131 So. 925)

### Ike PINKSTON v. STATE.
3 Div. 688.

Court of Appeals of Alabama.
Jan. 13, 1931.

SAMFORD, J.
Affirmed.

(129 So. 925)

### Walter PIPKIN and Ben Pipkin v. STATE.
1 Div. 919.

Court of Appeals of Alabama.
April 22, 1930.

Rehearing Denied June 30, 1930.

RICE, J.
Affirmed.

(129 So. 925)

### John POLLARD v. STATE.
7 Div. 634.

Court of Appeals of Alabama.
June 24, 1930.

Rehearing Denied Aug. 19, 1930.

Hugh Reed, of Center, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed on authority of Joe Hayes v. State, 23 Ala. App. 524, 128 So. 774; Id., 221 Ala. 389, 128 So. 776; Wilkerson v. State, 23 Ala. App. 520, 128 So. 777; Id., 221 Ala. 393, 128 So. 778.

(131 So. 925)

7

### Clifford POPE v. STATE.
6 Div. 869.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.